IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLEN C. PEDERSEN, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION FILE |
| v. | * NO. 1:04-CV-1402-CAM |
| | * |
| DELTA AIR LINES, INC., | * |
| RALPH EDWARD OKELLEY | * |
| and RICHARD DANIEL ARNOLD | * |
| | * |
| Defendants. | * |
| | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, who hereby stipulate to a dismissal with prejudice of Plaintiff's claims in this matter. This stipulation is made pursuant to Fed.R.Civ.Pro. 41.

Respectfully submitted, this 8th day of June, 2005.

FOR THE PLAINTIFF
DeLong, Caldwell
& Bridgers, LLC
3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
Phone:       (404) 979-3150
Facsimile:   (404) 979-3170
Email: charlesbridgers@dcnblaw.com

s/ Charles R Bridgers
Charles R. Bridgers
Georgia Bar No. 080791

1

FOR THE DEFENDANTS
Munger and Stone, LLP
999 Peachtree Street, NE
Suite 2850
Atlanta, Georgia 30309
Phone:      (404) 815-1884
Facsimile:  (404) 815-4687
Email:  Ben.stone@mungerandstone.com

s/ Benjamin A. Stone
Benjamin A. Stone
Georgia Bar No. 683850
With express permission by CRB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALLEN C. PEDERSEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE |
| v. | * | NO. 1:04-CV-1402-CAM |
| | * | |
| DELTA AIR LINES, INC., | * | |
| RALPH EDWARD OKELLEY | * | |
| and RICHARD DANIEL ARNOLD | * | |
| | * | |
| Defendants. | * | |
| | * | |

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (B) and 7.1 (D)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all counsel of record, by placing a true and correct copy of same in the United States Mail, proper postage attached thereto, addressed as follows:

Thomas C. French                Benjamin A. Stone
Delta Air Lines, Inc.           Munger & Stone, LLP
Law Department #981             999 Peachtree Street, N.E.
Post Office Box 20574           Suite 2850
Atlanta, Georgia 30303-2574     Atlanta, Georgia 30309

This 8th day of June, 2005.

                                        <u>s/ Charles R Bridgers</u>
                                        Charles R Bridgers
                                        Georgia Bar No. 080791